## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01355-RPM-MJW

DAWN YOUNG,

      Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., an Illinois corporation,

      Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                      BY THE COURT:

July 22, 2013                s/Richard P. Matsch
_____      _____
DATE                         Richard P. Matsch, Senior District Judge